B6F (Official Form 6F) (12/07)

IN RE **Pitney, Steven T** _____  Case No. **09-23289**
_____
Debtor(s)                                        (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **SNA-W 46273355**<br>**Anthony Silverton**<br>**328 Mills Place NE**<br>**North Bend, WA  98045** | | H | **12/2007 gap insurance** | | | | **unknown** |
| ACCOUNT NO. **117329-A**<br>**Belinda Pima**<br>**21900 SE WAX Road , K.101**<br>**Maple Valley, WA  98038** | | H | **Gap insurance 12/2007** | | | | **500.00** |
| ACCOUNT NO. **SNA-W 46272197**<br>**Aaron Catlin**<br>**13312-230th Avenue SE**<br>**Issaquah, WA  98027** | | H | **10/2007 gap insurance** | | | | **unknown** |
| ACCOUNT NO. **074191-A**<br>**Adam Tiffany**<br>**3020 Steilicoom Blvd**<br>**Steilicoom, WA  98388** | | H | **Gap insurance 1/2007** | | | | **595.00** |

___**10**___ continuation sheets attached

Subtotal (Total of this page) $ **1,095.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **97026-A** <br> **Adele Muratore** <br> **7600 Manastash Rd** <br> **Ellensburg, WA 98926** | | H | **9/2008 GAP INSURANCE** | | | | **595.00** |
| ACCOUNT NO. **117327-A** <br> **Allayeh Stevens** <br> **36002 SE 49th Street** <br> **Fall City, WA 98024** | | H | **Gap Insurnce 12/2007** | | | | **595.00** |
| ACCOUNT NO. <br> **AllData** <br> **P. O. Box 848379** <br> **Dallas, TX 75284-8379** | | H | **11/2009** | | | | **504.99** |
| ACCOUNT NO. **SNA-W 46273354** <br> **Andrew Pima** <br> **24722 Mason Street** <br> **Black Diamond, WA 98010** | | H | **12/2007 gap insurance** | | | | **unknown** |
| ACCOUNT NO. **SNA-W 46273365** <br> **Anthony Hiatt** <br> **360 NE Alder Street** <br> **Issaquah, WA 98027** | | H | **2/2008 warranty** | | | | **unknown** |
| ACCOUNT NO. **117305-A** <br> **Barbara Schaffer** <br> **3107 199th Ave SE** <br> **Sammamish, WA 98075** | | H | **Gap insurnace 6/2007** | | | | **595.00** |
| ACCOUNT NO. **097005-A** <br> **Berlind Duran** <br> **615 South 1st** <br> **Roslyn, WA 98922** | | H | **Gap insurance3/2007** | | | | **595.00** |

Sheet no. __1__ of __10__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **2,884.99**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **SNA-W 46273359** <br> **Berlinda Morua** <br> **PO Box 198** <br> **Roslyn, WA 98941** | | H | 1/2008 warranty <br> gap 117332-4 | | | | **unknown** |
| ACCOUNT NO. **117338-A** <br> **Brian Thornton** <br> **5960 Terrace View Lane SE #H201** <br> **Auburn, WA 98092** | | H | 2/2008 gap insuarnce | | | | **595.00** |
| ACCOUNT NO. **SNA-W 46273378** <br> **Cassandra Washington** <br> **7524 35th Avenue SW** <br> **Seattle, WA 98126** | | H | 6/2008 warranty | | | | **unknown** |
| ACCOUNT NO. <br> **CenterOne Financial Services** <br> **3120 Rider Trail South** <br> **Earth City, MO 63045** | | H | Julia Dexter | | | | **387.35** |
| ACCOUNT NO. **117334-A** <br> **Chika Nwadgu** <br> **23425 SE Black Nugget Road** <br> **Issaquah, WA 98029** | | H | 2/2008 gap insurnace | | | | **595.00** |
| ACCOUNT NO. **SNA-W 46273337** <br> **Christina Natarajan** <br> **18501- SE Newport Way** <br> **Issaquah, WA 98027** | | H | 9/2008 warranty | | | | **unknown** |
| ACCOUNT NO. **074198A** <br> **Christopher Richardson** <br> **4425 Issaquah Pine Lake #U3** <br> **Sammamish, WA 98075** | | H | Gap insurance2/2007 | | | | **595.00** |

Sheet no. __2__ of __10__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **2,172.35**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **SNA-W 46273338**<br>**Claudia Haunreiter**<br>**2813 230th Avenue Ne**<br>**Sammamish, WA  98074** | | H | 11/2008 warranty | | | | **unknown** |
| ACCOUNT NO. **WN-508577**<br>**Cristin Groff**<br>**4260 147th Avenue SE**<br>**Bellevue, WA  98007** | | H | 6/2008 gap inssurance | | | | **800.00** |
| ACCOUNT NO. **117306-A**<br>**Daniel Cox**<br>**6003 East 6th Avenue, #Y4**<br>**Spokane Valley, WA  98212** | | H | Gap insurance6/2007 | | | | **595.00** |
| ACCOUNT NO. **97022-A**<br>**David Brentlinger**<br>**PO Box 809**<br>**North Bend, WA  98045** | | H | 7/2008 gap insurance | | | | **695.00** |
| ACCOUNT NO. **117324-A**<br>**David Harlow**<br>**14700 NE 29th Place #21**<br>**Bellevue, WA  98007** | | H | Gap insurance11/2007 | | | | **595.00** |
| ACCOUNT NO. **SNA-W 46272186**<br>**David Minaker**<br>**17215 174th Avenue SE**<br>**Renton, WA  98058** | | H | 7/2007 gap insurance | | | | **unknown** |
| ACCOUNT NO. **11734-A**<br>**David Turner**<br>**3506 278th Place NE**<br>**Redmond, WA  98053** | | H | 3/2008 gap warranty | | | | **595.00** |

Sheet no. ___**3**___ of ___**10**___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,280.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Pitney, Steven T**      Case No. **09-23289**
        Debtor(s)                                             (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **SNA-W 4673372** <br> **Denise Sheheen** <br> **1513 162th Ave NE Place #S 108** <br> **Bellevue, WA 98008** | | H | **4/2008 warranty** | | | | **unknown** |
| ACCOUNT NO. **117347-A** <br> **Desiree Hennings** <br> **1300 SW Campus Drive #41-4** <br> **Federal Way, WA 98023** | | H | **4/2008 gap insurance** | | | | **595.00** |
| ACCOUNT NO. <br> **Diamond** <br> **1400 Bristol St. North #150** <br> **Newport Beach, CA 92660** | | H | **8/09** | | | X | **297.00** |
| ACCOUNT NO. **117303-A** <br> **Emile Novak** <br> **360 Dogwood Street D201** <br> **Issaquah, WA 98027** | | H | **Gap insurance4/2007** | | | | **600.00** |
| ACCOUNT NO. **117346-A** <br> **Erin Swanson** <br> **240 SE Francis** <br> **Issaquah, WA 98045** | | H | **4/2008 gap** | | | | **595.00** |
| ACCOUNT NO. **117313-A** <br> **Garridan Henson** <br> **4405 224th Street SW** <br> **Montlake Terrace, WA 98043** | | H | **Gap insruance10/2007** | | | | **595.00** |
| ACCOUNT NO. **097008A** <br> **Gary Oppen** <br> **322 W 2nd Street** <br> **Cke Elum, WA 98922** | | H | **Gap insurance4/2007** | | | | **595.00** |

Sheet no. **4** of **10** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **3,277.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Pitney, Steven T**          Case No. **09-23289**
            Debtor(s)                     (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **097019-A** <br> **Glenn Fowler** <br> **10816 322nd Avenue NE** <br> **Carnation, WA 98014** | | H | **7/2008 gap insurance** | | | | **695.00** |
| ACCOUNT NO. **117321-A** <br> **Jane Hill** <br> **13407 Greenlake Ave** <br> **Seattle, WA 98133** | | H | **Gap insurance 11/2007** | | | | **595.00** |
| ACCOUNT NO. **097011A** <br> **Jennifer Wiswell** <br> **234 B Bendigo Blvd** <br> **Po Box 1508** <br> **North Bend, WA** | | H | **Gap insurance 4/2007** | | | | **595.00** |
| ACCOUNT NO. **SNA-W46273360** <br> **Jerrod Wootery** <br> **75 SE Clark Street** <br> **Issaquah, WA 98027** | | H | **2/2008 warranty** | | | | **unknown** |
| ACCOUNT NO. **97025-A** <br> **JIMMY COBB** <br> **PO Box 734** <br> **Easton, WA 98925** | | H | **9/2008 gap insurance** | | | | **695.00** |
| ACCOUNT NO. **117337-A** <br> **John La Follette** <br> **1901 NE 3rd #104** <br> **Renton, WA 98056** | | H | **2/2008 gap insurance** | | | | **595.00** |
| ACCOUNT NO. **SNA W 46273377** <br> **Joshua Leewarner** <br> **19248 SE 49th Street** <br> **Issaqauh, WA 98027** | | H | **5/2008 warranty** | | | | **unknown** |

Sheet no. **5** of **10** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **3,175.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Pitney, Steven T**      Case No. **09-23289**
               Debtor(s)                (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **SNA-W 4673371** <br> **Katie Sandlin** <br> **21915 Se 237th** <br> **Maple Valley, WA 98038** | | H | **4/2008 warranty gap 117344 A** | | | | **unknown** |
| ACCOUNT NO. **SNA-W 4627189** <br> **Keith Reich** <br> **22012 NE 75th Street** <br> **Redmond, WA 98053** | | H | **8/2007 gap insurance** | | | | **unknown** |
| ACCOUNT NO. **117331-A** <br> **Kerry Gibson** <br> **1419 9th St SW** <br> **Puyallup, WA 98371** | | H | **1/2008 gap insuracne** | | | | **595.00** |
| ACCOUNT NO. <br> **Lance Mace** <br> **10429 NE 116th Street** <br> **Kirkland, WA 98034** | | H | **Gap insurance 1/2007** | | | | **595.00** |
| ACCOUNT NO. **097014-A** <br> **Lars Emerick** <br> **21207 81st Est** <br> **Bonney Lake, WA 98391** | | H | **Gap Insurance4/2007** | | | | **555.00** |
| ACCOUNT NO. **097012A** <br> **Leif Holmes** <br> **11305 Vernon Road** <br> **Lake Stevens, WA 98258** | | H | **Gap insurance4/2007** | | | | **595.00** |
| ACCOUNT NO. **SNA-W 46273363** <br> **Lowell Stine** <br> **22019 SE 34th Street** <br> **Sammamish, WA 98075** | | H | **2/2008 warranty** | | | | **unknown** |

Sheet no. **6** of **10** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **2,340.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **117342-A** <br> **Lucas Hawk** <br> **4405 356th Drive Se #11** <br> **Fall City, WA 98024** | | H | **3/2008 gap insurance** | | | | **595.00** |
| ACCOUNT NO. **SNA-W 46273369** <br> **Marco Ramirez** <br> **42010 SE 167th** <br> **North Bend, WA 98045** | | H | **4/2008 warranty** <br> **gap 117345-A** | | | | **unknown** |
| ACCOUNT NO. **097015-A** <br> **Mary Goodman** <br> **3021 231st Lane SE L** <br> **Sammamish, WA 98075** | | H | **Gap insurance4/2007** | | | | **595.00** |
| ACCOUNT NO. **SNA-W 46273334** <br> **Mary Luty** <br> **34313 SE 39th Place** <br> **Fall City, WA 98024** | | H | **6/2008 warranty** <br> **gap 099017-A** | | | | **unknown** |
| ACCOUNT NO. **97028-A** <br> **Max Starks** <br> **930 Front Street South** <br> **Issaquah, WA 98027** | | H | **10/2008 gap insurance** | | | | **595.00** |
| ACCOUNT NO. **117306-A** <br> **Michael Mcclintock** <br> **2206 South 72th Avenue** <br> **Yakima, WA 98027** | | H | **Gap insurance6/2007** | | | | **595.00** |
| ACCOUNT NO. **117315-A** <br> **Pamela Romaine** <br> **5202 South 12th Street, #6A** <br> **Tacoma, WA 98465** | | H | **Gap insurance10/2007** | | | | **595.00** |

Sheet no. __**7**__ of __**10**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **2,975.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Paramogroup**<br>**16000 Bothell Everett Hwy, #160**<br>**Mill Creek, WA 98012** | | H | 9/09 | | | X | 260.00 |
| ACCOUNT NO. **xxxx3513**<br>**Primary Financial Services**<br>**3115 North 3rd Ave.**<br>**Suite 112**<br>**Phoenix, AZ 85013** | | H | Wells Fargo | | | | 1.00 |
| ACCOUNT NO. **SNA-W 46273335**<br>**Randy Lewis**<br>**20166 NE 133rd Street**<br>**Woodinville, WA 98077** | | H | 8/2008 warranty | | | | unknown |
| ACCOUNT NO. **SNA_W 46273368**<br>**Richard Wagner**<br>**25223 SE 34th Street**<br>**Sammamish, WA 98075** | | H | 2/2008 warranty | | | | unknown |
| ACCOUNT NO. **SNA-46272187**<br>**Ross Venere**<br>**360 NW Holly Street**<br>**Issaquah, WA 98027** | | H | 7/2007 gap insurance | | | | unknown |
| ACCOUNT NO. **117310-A**<br>**Scott Wall**<br>**3072 231st Avebye SE A**<br>**Sammamish, WA 98075** | | H | Gap insurance8/2007 | | | | 595.00 |
| ACCOUNT NO. **117319-a**<br>**Serge Timacheff**<br>**27439 SE 169th Street**<br>**Issaquah, WA 98027** | | H | Gap Insurance11/2007 | | | | 595.00 |

Sheet no. __**8**__ of __**10**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **1,451.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Pitney, Steven T**     Case No. **09-23289**
            Debtor(s)               (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **097003A** <br> **Seth Grove** <br> **81 Guye Peak** <br> **Snoqualimie, WA 98068** | | H | **Gap insurance3/2007** | | | | **595.00** |
| ACCOUNT NO. **117340-A** <br> **Shawna Roberts** <br> **1517 228th Street Se** <br> **Sammamish, WA 98075** | | H | **3/2008 gap insurance** | | | | **595.00** |
| ACCOUNT NO. **097018-A** <br> **Sherston Sutton** <br> **45024 SE 146th Street** <br> **North Bend, WA 98045** | | H | **7/2008 gap insurance** | | | | **595.00** |
| ACCOUNT NO. <br> **Stephen Newton** <br> **P. O. Box 657** <br> **North Bend, WA 98045** | | H | **Claim for wages** | | | X | **10.00** |
| ACCOUNT NO. **117336-A** <br> **Sterling Blackhart** <br> **2424 242nd Ave NE** <br> **Sammamish, WA 98075** | | H | **2/2008 gap insurnace** | | | | **unknown** |
| ACCOUNT NO. **097013 A** <br> **Tawni Goeden** <br> **3118 149th Street SE** <br> **Mill Creek, WA 98012** | | H | **Gap insurance4/2007** | | | | **585.00** |
| ACCOUNT NO. **117349-A** <br> **Tim Smiley** <br> **PO Box 74** <br> **Auburn, WA 98071** | | H | **4/2008 gap insurance** | | | | **595.00** |

Sheet no. **9** of **10** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **2,975.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Pitney, Steven T** _____ Case No. **09-23289** _____
                              Debtor(s)                                     (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **117331-A** <br> **Timothy Klein** <br> **36006 SE 25th Street** <br> **Fall City, WA 98024** | | H | 2/2008 gap insurance | | | | **595.00** |
| ACCOUNT NO. **SNA-W 46272197** <br> **Timothy Willis** <br> **125 East 11th Street** <br> **Port Angeles, CA 98362** | | H | 10/2007 gap insurance | | | | **1,355.00** |
| ACCOUNT NO. **SNA-W 46272190** <br> **Traci Hough** <br> **16114 SE 132nd Street** <br> **Renton, WA 98059** | | H | 8/2007 gap insurance | | | | **unknown** |
| ACCOUNT NO. **117330-A** <br> **Tracy Fullum** <br> **15912 Iss-Holbart Rd** <br> **Issaquah, WA 98027** | | H | 1/2008 Gap insurance | | | | **595.00** |
| ACCOUNT NO. **xxxx3513** <br> **Wells Fargo Bank** <br> **P. O. Box 29704** <br> **Phoenix, AZ 85038** | | H | Line of credit | | | | **1.00** |
| ACCOUNT NO. <br> **Your Balance Sheet, LLC** <br> **5416 - 80th Ave N.E.** <br> **Marysville, WA 98270** | | H | 5/2009 | | | X | **6,322.58** |
| ACCOUNT NO. | | | | | | | |

Sheet no. **10** of **10** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **8,868.58**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **34,493.92**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only